CLEVELAND BAR ASSOCIATION *v.* HEARD.

[Cite as Cleveland Bar Assn. *v.* Heard (1990), 50 Ohio St. 3d 127.]

(No. 89-2165—Submitted February 13, 1990—Decided April 11, 1990.)

*Meyers, Hentemann, Schneider & Rea Co., L.P.A., John S. Rea, Edward J. Maher, Seymour R. Brown* and *Mary L. Cibella,* for relator.

*Per Curiam.* We agree that respondent violated the Disciplinary Rules cited by the board. Because we consider disbarment the only appropriate sanction for such severe misconduct, we also agree with the board's recommendation. Accordingly, respondent is hereby ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.